**Kelly D. WARFIELD, Appellant,**

v.

**Tracey R. DOLLISON, Pennington County State's Attorney's Office, Appellee.**

**No. 04–1224.**

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 12, 2004.

Decided: Nov. 17, 2004.

Kelly D. Warfield, Sioux Falls, SD, pro se.

James S. Nelson, Donald Paul Knudsen, Gunderson & Palmer, Rapid City, SD, for Defendant–Appellee.

Before MURPHY, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Kelly D. Warfield appeals the district court's[*] adverse grant of summary judgment in Warfield's 42 U.S.C. § 1983 action. After carefully reviewing the record, we conclude the judgment was proper for the reasons stated by the district court. We deny Warfield's motion to supplement the record and affirm the judgment of the district court. *See* 8th Cir. R. 47B.

---

[*] The Honorable Karen E. Schreier, United States District Judge for the District of South Dakota.